## Thomas Broderick, Appellee, v. Mrs. Augustus D. Curtis, Appellant.

### Gen. No. 18,934.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed March 5, 1914.

### Statement of the Case.

Action by Thomas Broderick against Mrs. Augustus D. Curtis to recover for personal injuries inflicted upon plaintiff through the negligent operation of defendant's automobile. From a judgment for plaintiff for six hundred and twenty-five dollars, defendant appeals.

ANSON H. BROWN, for appellant.

POLLOCK, SULLIVAN & LIVINGSTON, for appellee.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.

### Abstract of the Decision.

AUTOMOBILES AND GARAGES, 2*—*when verdict in action for injuries not against evidence*. Verdict for plaintiff in action by street car conductor struck by an automobile while holding up a switch lever in a public street to permit of the passage of his car, *held* not manifestly against the preponderance of evidence on the questions of the negligence of defendant or plaintiff's contributory negligence.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.